# Court of Appeals
# of the State of Georgia

ATLANTA, November 01, 2013

*The Court of Appeals hereby passes the following order:*

## A14A0379.  CLARETHA ROSS v. THE STATE.

Claretha Ross was convicted of theft by deception and sentenced as a recidivist to twenty years, to serve ten in prison and the remainder on probation.  On appeal, we affirmed her conviction and sentence.  *Ross v. State*, 298 Ga. App. 525 (680 SE2d 435) (2009).  Ross later filed a "Motion to Modify and Correct an Unlawful and Unconstitutionally Imposed Sentence."  The trial court dismissed the motion, and Ross now appeals.

Under OCGA § 17-10-1 (f), a court may modify a sentence during the year after its imposition or within 120 days after remittitur following a direct appeal, whichever is later.  *Frazier v. State*, 302 Ga. App. 346, 347-348 (691 SE2d 247) (2010); *Burg v. State*, 297 Ga. App. 118, 118 (676 SE2d 465) (2009). Once this statutory period expires, as it had here when Ross filed her motion, a trial court may modify a sentence only if it is void.  *Jones v. State*, 278 Ga. 669, 670 (604 SE2d 483) (2004).  A sentence is void only if it imposes punishment that the law does not allow. *Von Thomas v. State*, __ Ga. __ (Case No. S13G0198, decided September 9, 2013). "Assertions taking issue with the procedure employed in imposing a valid sentence or questioning the fairness of an imposed sentence do not allege a sentence is void." (Citation and punctuation omitted.)  *Coleman v. State*, 305 Ga. App. 680, 680-681 (700 SE2d 668) (2010).

Ross argued that her sentence was void because the state failed to give her written notice within ten days of trial of the prior convictions it intended to rely upon for recidivist sentences purposes.  But "such notice requirements are procedural and not substantive in nature.  And the failure to adhere to such procedures . . . does not

render sentences imposed without such procedures 'void' so as to secure direct appellate review subsequent to the first appeal." (Punctuation and citations omitted.) *Ward v. State*, 299 Ga. App. 63, 64-65 (682 SE2d 128) (2009). Because Ross did not raise a valid void-sentence claim, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  11/01/2013
        *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ , *Clerk.*